**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

CHEWZY DOGS, LLC,                      )
                                       )       Case No. 0:11-cv-2751 PAM/JSM
              Plaintiff,               )
                                       )
v.                                     )
                                       )
JUST DOGS! BARKERY, INC.,              )
and MARK E. KENNISON,                  )
                                       )
              Defendants.              )

**REQUEST FOR ENTRY OF DEFAULT**

To:    Clerk, United States District Court
       District of Minnesota

       Plaintiff Chewzy Dogs, LLC ("Plaintiff"), by and through its attorneys, hereby requests Entry of Default against Defendants Just Dogs! Barkery, Inc., and Mark Kennison, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for Defendants' failure to plead or otherwise defend against the Complaint filed against them by Plaintiff.  *See* Affidavit of W. Michael Garner, attached as Exhibit 1.

Dated:  November 3, 2011              W. MICHAEL GARNER, P.A.

                                      s/ W. Michael Garner
                                      W. Michael Garner (#0274914)
                                      222 South 9th Street
                                      Suite 2930
                                      Minneapolis, MN 55402
                                      Telephone:  612-259-4801
                                      Facsimile:  612-259-4810
                                      wmgarner@franchisedealerlaw.com
                                      ATTORNEYS FOR PLAINTIFF