IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CHEWZY DOGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JUST DOGS! BARKERY, INC.,<br>and MARK E. KENNISON,<br><br>    Defendants. | Case No. 0:11-cv-2751 PAM/JSM |

**AFFIDAVIT OF W. MICHAEL GARNER IN
<u>SUPPORT OF REQUEST FOR ENTRY OF DEFAULT</u>**

STATE OF MINNESOTA )
         ) ss.
COUNTY OF HENNEPIN )

  W. MICHAEL GARNER, being duly sworn, deposed and says:

  1. I am counsel for Plaintiff Chewzy Dogs, LLC in this action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's request for entry of default.

  2. On September 26, 2011, a summons was issued in this case as to both Defendants.

  3. On September 28, 2011, Defendant Just Dogs! Barkery, Inc.'s officer and owner Mark E. Kennison was served with the Summons, Complaint, and Civil Cover Sheet. (Docket Entry ("D.E.") 7, Attachment 1.)



EXHIBIT 1

4. On September 28, 2011, Defendant Mark E. Kennison was served with the Summons, Complaint, and Civil Cover Sheet. (D.E. 8, Attachment 1.)

5. Defendants were required to file an answer or other responsive pleading to the Complaint on or before October 19, 2011. Defendants' time to file an answer or other responsive pleading has expired.

6. To the best of my knowledge, Defendants in the above-captioned matter are not subject to the Servicemembers Civil Relief Act of 2003.

7. Defendants have not filed an answer or other responsive pleading as of today, November 3, 2011.

Dated: November 3, 2011

_____
W. Michael Garner

Subscribed and sworn to before me
this 3rd day of November, 2011

_____
Notary Public