## UNITED STATES DISTRICT COURT

### DISTRICT OF MINNESOTA

| | |
|---|---|
| Chewzy Dogs, LLC | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiff(s) | Case Number:   11-2751 PAM/JSM |
| v. | |
| Just Dogs! Barkery, Inc. and Mark E. Kennison | |
| Defendant(s) | |

It appearing that defendants Just Dogs! Barkery, Inc. and Mark E. Kennison are in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff,

**DEFAULT IS HEREBY ENTERED** against Just Dogs! Barkery, Inc. and Mark E. Kennison

this day, November 3, 2011.

                                                        RICHARD D. SLETTEN, CLERK

                                                        s/A. Linner

(By)   A. Linner   Deputy Clerk